# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tobi Raphael<br>PLAINTIFF(S)<br>v.<br>Primal Nutrition, LLC et al<br>DEFENDANT(S). | CASE NUMBER<br>2:26-cv-11357-SPG-PVCx<br>**ORDER RE TRANSFER (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

November 9, 2026 — Date

/s/ Fernando M. Olguin — United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

________________________________________

________________________________________

________________________________________

________________________________________

Date

United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case 2:26-cv-09177-FMO-BFMx and the present case:

- ☑ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge Pedro V. Castillo to Magistrate Judge Brianna F. Mircheff .

On all documents subsequently filed in this case, please substitute the initials FMO-BFMx after the case number in place of the initials of the prior judge, so that the case number will read 2:26-cv-11357-FMO-BFMx . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge* ☐ *Statistics Clerk*